

ORDERED in the Southern District of Florida on June 11, 2014.

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re:                                                          Case No:     13-37774-RAM
                                                                Chapter      13
Harun Mohamed

    Debtor(s)
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF NATIONSTAR MORTGAGE (CLAIM #4-1)

THIS CAUSE having come before the court on JUNE 10, 2014 at 9:00am on the Debtor(s) Objection to Claim #4-1; and this court having considered the basis for the objection(s) to claims,

It is **ORDERED** that Debtor(s) Objection to Claim filed by NATIONSTAR MORTGAGE (Claim #4-1); is sustained and claim should be stricken.

# # # #

*Attorney James A. Poe is directed to serve a copy of this order immediately upon receipt to all parties in interest and to file a certificate of mailing with the court.*